# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Statesboro Division

| | |
|---|---|
| JERRY SCOTT HEIDLER, | ) |
| | ) |
| Petitioner/Appellant, | ) |
| | )   6:11cv109 |
| v. | ) |
| | ) |
| WARDEN, GDCP, | ) |
| | ) |
| Respondent/Appellee. | ) |

## ORDER

The judgment of this Court in the above-styled action having been affirmed by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals for the Eleventh Circuit is made the Order of this Court.

This 23 day of October, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA